McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHE PIAO, RENZI JIN, | ) | 2:07-CV-00420- MCE EFB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' FIRST** |
| | **)** | **UNOPPOSED MOTION FOR** |
| Michael Chertoff, et al. | ) | **AN EXTENSION OF TIME IN** |
| | ) | **WHICH TO FILE AN ANSWER** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiffs have brought this mandamus action seeking to compel action on a pending Refugee Asylee Relative Petition, Form I-730. Defendants respectfully inform the Court that plaintiffs' application is currently in transit from the Beijing office of the United States Citizenship and Immigration Services ("USCIS") to the Nebraska Service Center of USCIS, for the purpose of finally adjudicating the application. Defendants anticipate that this adjudication will be completed within an additional 60 days, and accordingly request an extension of time in which to either file an answer to the complaint or a motion to dismiss the case as moot. This is defendants' first request for an extension in this case, and counsel for plaintiffs has indicated that he does not oppose this request.

Dated: May 2, 2007                                  Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

By:    /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on July 2, 2007.

IT IS SO ORDERED.

DATED:

Dated:  May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE