McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZHE PIAO, RENZI JIN, | ) | No. 2:07-cv-00420-MCE-EFB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' SECOND** |
| | ) | **UNOPPOSED MOTION FOR** |
| Michael Chertoff, et al. | ) | **AN EXTENSION OF TIME IN** |
| | ) | **WHICH TO FILE AN ANSWER** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiffs have brought this mandamus action seeking to compel action on a pending Refugee Asylee Relative Petition, Form I-730. Defendants respectfully inform the Court that administrative adjudication of the matter is nearing completion, and that both parties agree that a stipulation to dismissal of the federal court action is likely to be possible in the near future. Accordingly, defendants request an additional 30 days, until August 2, 2007, in which to file an answer to the complaint. This is defendants' second request for an extension in this case, and counsel for plaintiffs has indicated that he does not oppose this request.

///
///
///
///
///
///

1

Dated: July 2, 2007                        Respectfully Submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney


                                   By:    /s/Audrey Hemesath
                                           Audrey B. Hemesath
                                           Assistant U.S. Attorney
                                           Attorneys for the Defendants




                                     ORDER

    Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS

HEREBY ORDERED that the defendant's Answer is due on August 2, 2007.

    IT IS SO ORDERED.

Dated:  July 5, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE