JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiffs

Zhe PIAO, Renzi JIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhe PIAO, Renzi JIN | Case No.: **2:07-CV-00420-MCE-EFB** |
| Plaintiffs, | |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonza*lez, Director, U.S. Citizenship and Immigration Services; *Condoleezza Rice*, Secretary of State, Department of State*;* *Joseph P. Martin*, Officer in Charge, USCIS Beijing Office | **STIPULATION OF DISMISSAL**; **ORDER** |
| Defendants. | |

Subject to approval of the Court, the parties hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiff hereby dismisses this action with the provision that the Defendants agree to adjudicate the I-730 within 30 days upon receipt of Plaintiffs' response to the USCIS's Intend to Deny; and Defendants further agree to expedite the I-730 and the visa issuance if the I-730 is reaffirmed by the USCIS.

2. The parties will bear their own fees and costs.

///

| | |
|---|---|
| Dated: July 11, 2007 | Respectfully submitted, |
| | /s/Justin X. Wang |
| | Justin X. Wang, Esq. |
| | Attorney for Plaintiff |
| Dated: July 11, 2007 | McGREGOR W. SCOTT |
| | United States Attorney |
| | By:    /s/Audrey Hemesath |
| | Audrey Hemesath |
| | Assistant U.S. Attorney |
| | Counsel for the Defendants |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE